LARRY N. SOKOL, OSB #722475
larry@sokol-law.net
Sokol & Associates, P.C.
300 Oswego Pointe Dr., Suite 101
Lake Oswego, Oregon 97034
Telephone: 503-228-6469
Facsimile: 503-228-6551
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| MELODY KEATING,<br><br>Plaintiff,<br><br>v.<br><br>TODD WITHERSPOON, an individual, AVIS BUDGET GROUP, INC., a Delaware Corporation, AVIS RENT A CAR SYSTEM, LLC, a Delaware Limited Liability Company, AVIS BUDGET CAR RENTAL, LLC, a Delaware Limited Liability Company, and PV HOLDING CORP., a Delaware corporation.<br><br>Defendants. | Case No. 3:21-CV-731<br><br>NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A) |

The parties have resolved this claim without further litigation, and none of the defendants have filed any responsive pleading.

/ / /

Page 1 - NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Plaintiff hereby gives notice of dismissal of all claims against all defendants in this action with prejudice and without an award of fees or costs to any party.

DATED this 10th day of August, 2021

SOKOL & ASSOCIATES, P.C.

By _____
LARRY N. SOKOL, OSB #722475
300 Oswego Pointe Dr., Suite 101
Lake Oswego, Oregon 97034
Email: larry@sokol-law.net
Telephone: (503) 228-6469
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing NOTICE OF DISMISSAL WITH PREJUDICE on:

> Shayna Eagle
> Davis Rothwell Earle & Xochihua
> 200 SW Market Street
> Portland, Oregon 97201
> seagle@davisrothwell.com
>     Attorneys for Defendants

by the following indicated method or methods:

- ■ by emailing full, true, and correct copies thereof to the attorneys at the email addresses shown above, which are the last-known email addresses for the attorneys' offices, on the date set forth below.

- ■ by mailing full, true, and correct copies thereof in sealed, first-class postage-prepaid envelopes, addressed to the attorneys as shown above, the last-known office addresses of the attorneys, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

- ■ I hereby declare that the above is true to the best of my knowledge and belief. I understand that this document is made for use as evidence in court and is subject to penalty for perjury.

    DATED this 10th day of August, 2021.

                                    s/Megan M. Halley
                                    MEGAN M. HALLEY (OSB #151928)
                                    of Attorneys for Plaintiff

Page 3 - NOTICE OF DISMISSAL